United States District Court
Southern District of Texas
**ENTERED**
September 25, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELIMELECH SHMI HEBREW, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-21-2929 |
| | § | |
| BRYAN COLLIER, *et. al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

RECUSAL ORDER

In accordance with 28 U.S.C. 455(a),

1. I stand recused in this case.

2. Deadlines in scheduling orders subsist. Court settings are vacated.

SIGNED at Houston, Texas, on this 25 day of September, 2026.

DAVID HITTNER
United States District Judge